UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

CASE NO. 26-CR-20020-WILLIAMS/LETT(SEALED)

UNITED STATES OF AMERICA,

       Plaintiff,

V.

Alex Nain Saab Moran

       Defendant,

_____

## <u>ORDER TO PARTIALLY UNSEAL INDICTMENT</u>

**THIS CAUSE** is before the Court pursuant to the arrest of the above-named defendant. The United States of America has moved to partially unseal the indictment as to defendant, Alex Nain Saab Moran only, in this case. After considering the matter, it is **ORDERED AND ADJUDGED** that the Motion is **GRANTED.**

1. The sealed indictment in this case shall remain sealed on the public docket until otherwise ordered by the Court.

2. The government shall provide a partially redacted copy of the sealed indictment to Defendant Alex Nain Saab Moran. The copy shall be partially redacted to exclude the names of the other defendants

3. The partially redacted version of the indictment, which redacts the names of the other defendants, shall be publicly filed on the docket.

**DONE AND ORDERED** in Chambers in Miami, Florida on this <u>18th</u> day of May, 2026.

MARTY FULGUEIRA ELFENBEIN
UNITED STATES MAGISTRATE JUDGE