# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

Case No. 26-cr-20020-KMW

UNITED STATES,

      Plaintiff,

v.

ALEX NAIN SAAB MORAN,

      Defendant.

_____/

## MOTION TO ACCEPT WAIVER OF PERSONAL APPEARANCE AT ARRAIGNMENT AND ENTRY OF PLEA OF NOT GUILTY AND WAIVER

The Defendant respectfully requests that this Honorable Court accept the waiver noted below, endorsed by counsel who simultaneously enters their permanent appearance.

I, ALEX NAIN SAAB MORAN, the defendant in the above-captioned case, along with my undersigned attorneys, hereby acknowledge the following and petition the Court to enter a Plea of Not Guilty pursuant to Rule 10(b) of the Federal Rules of Criminal Procedure:

1.     I have received a copy of the Indictment in this case. My attorneys have advised me of, and I understand, the nature and substance of the charge, the maximum penalties applicable if I am convicted, and my constitutional rights.

2.     I understand that I have a right to appear personally with my attorneys before a judicial officer for arraignment in open court on the charge.

3.     I am aware that I have a right to have the charge against me, as contained in the indictment, read to me, word for word, in open court after which I will be asked to state whether I plead "guilty" or "not guilty."

4.     I am further aware that by my own choice, I may waive arraignment

1

procedures and give up my right to be formally arraigned.  In the event I choose to do so, a plea of "not guilty" will be entered on my behalf.  I have been advised that I have a right to be represented by a lawyer of my own choice in this matter or represent myself. I am further aware that if I believe that I cannot afford a lawyer, I may immediately make application for court appointed counsel at no cost to me.

5.	I desire to waive a formal arraignment and personal appearance before the Court and for the Court to enter a plea of "not guilty" on my behalf.

6.	I respectfully submit this petition to enter a Plea of Not Guilty in my absence.  My request is freely and voluntarily made.

WHEREFORE, the Defendant respectfully requests this Honorable Court accept this waiver.

_____	July 14 /2026
ALEX NAIN SAAB MORAN	DATE

s/ Neil M. Schuster	7/14/26
NEIL M. SCHUSTER	DATE
ATTORNEY FOR DEFENDANT

s/ Joseph M. Schuster	7/14/26
JOSEPH M. SCHUSTER	DATE
ATTORNEY FOR DEFENDANT