# COURT MINUTES
## Magistrate Judge Lauren Louis

Atkins Building Courthouse - 11th Floor                    Date:  07/24/2026   Time: 10:00 AM

Defendant:  ALEX NAIN  SAAB MORAN        J#: 02538-506    Case #:  26-CR-20020-WILLIAMS

AUSA:  Robert Emory                        Attorney:  Neil M. Schuster  (PERM)

Violation:  Conspiracy to launder monetary instruments

Proceeding:  Arraignment                        CJA Appt:

Bond/PTD Held: ⦿ Yes  ◯ No        Recommended Bond:

Bond Set at: $ STIP- PTD w/the right to revisit        Co-signed by:

☐ Surrender and/or do not obtain passports/travel docs

Language:  Spanish

☐ Report to PTS as directed/or _____ x's a week/month by phone: _____ x's a week/month in person

☐ Random urine testing by Pretrial Services Treatment as deemed necessary

☐ Refrain from excessive use of alcohol

☐ Participate in mental health assessment & treatment

☐ Maintain or seek full-time employment/education

☐ No contact with victims/witnesses

☐ No firearms

☐ Not to encumber property

☐ May not visit transportation establishments

☐ Home Confinement/Electronic Monitoring and/or Curfew _____ pm to _____ am, paid by _____

☐ Allowances: Medical needs, court appearances, attorney visits, religious, employment

☐ Travel extended to: _____

☐ Other: _____

**Disposition:**

**BRADY ORDER GIVEN**

*Defense Counsel filed permanent NOA*

*see ECF No.23 & 24.  The Court granted*

*Defendant's Waiver of Appearance at*

*Arraignment filed on CM/ECF D.E #26*

*Defendant Arraigned:*

*Reading of Indictment Waived*

*Not Guilty plea entered*

*Jury trial demanded*

*Standing Discovery Order requested*

*Defendant's ore tenus request for entry*

*of the Standing Discovery Order; granted*

Time from today to _____ excluded from Speedy Trial Clock

---

**NEXT COURT APPEARANCE**    Date:        Time:        Judge:            Place:

Report RE Counsel:

PTD/Bond Hearing:

Prelim/Arraign or Removal:

Status Conference RE:

D.A.R. 10:17:05                        Time in Court:    3 mins