**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

Case No. 26-cr-20020-KMW

UNITED STATES,

Plaintiff,

v.

ALEX NAIN SAAB MORAN,

Defendant.
_____________________________/

**ORDER GRANTING AGREED MOTION TO CONTINUE AND CONSENT MOTION TO EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT**

**THIS MATTER** having come before the Court on the Defendant's Agreed Motion for Continuance and Consent Motion to Exclude Time Under the Speedy Trial Act, it is hereby,

**ORDERED AND ADJUDGED** that the Calendar Call set for September 1, 2026 and the Trial set for September 8, 2026, is continued until further Order of the Court and that all time from and including August 3, 2026, through December 7, 2026, shall be excluded in computing the time within which a trial must commence pursuant to 18 U.S.C. §3161(h).

The Defendant's Motion to Continue and to Consent Motion to Exclude Time Under the Speedy Trial Act is made knowingly, voluntarily, and intentionally, and with the advice and consent of defense counsel. Under 18 U.S.C. § 3161(h), the ends of justice are served by this continuance and outweigh the interest of the public and the Defendant in a speedy trial, and the delay occasioned by this continuance is excluded from the Act's time limits. All time from and including August 3, 2026, through December 7, 2026, is hereby excluded in computing the time within which the trial in this case must commence.

**DONE AND ORDERED** in Chambers at Miami, Florida, this __ day of August 2026.

HON. KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT COURT JUDGE