**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**CASE NO. 26-CR-20020-WILLIAMS**

**UNITED STATES OF AMERICA**

**v.**

**ALEX NAIN SAAB MORAN,**

**Defendant.**
_______________________________________/

## MOTION TO SEAL

**COMES NOW**, the United States of America, by and through its undersigned attorney, and respectfully requests that the filed Motion, Attachment A, this Motion to Seal, and any other resulting Order be **SEALED** until further order of this Court, excepting the United States Attorney's Office and counsel for the Defendant may obtain copies, for the protection of an ongoing investigation.

Respectfully submitted,

JASON A. REDING QUIÑONES
UNITED STATES ATTORNEY

By: */s/ Monique Botero*

Monique Botero
Assistant United States Attorney
Florida Bar No. 722286
U.S. Attorney's Office - SDFL
99 NE 4th Street
Miami, Florida 33132
Telephone: 305-961-9010
Email: Monique.Botero@usdoj.gov